JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVID GREENSTEIN, | No. CV 20-576-DMG (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 19, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE